UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN-DENIS JEAN-EWOLL,
FDOC Inmate No. J34720,
    Plaintiff,

vs.                                                Case No.: 3:19cv4806/MCR/EMT

COLONEL KOLODVEIJ, et al.,
    Defendants.
_____/

# ORDER

The chief magistrate judge issued a Report and Recommendation on January 3, 2022 (ECF No. 44). The court provided the parties a copy of the Report and Recommendation and afforded the parties an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The mailing to Plaintiff was returned as undeliverable and no forwarding address has been provided. Plaintiff has not adhered to the Court's Order of August 13, 2021 (ECF No. 43), and there have been no timely filed objections to the Report and Recommendation (ECF No. 44).

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation (ECF No. 44) is adopted and incorporated by reference in this order.

2. "Defendants['] Motion to Dismiss" (ECF No. 42), to which Plaintiff failed to respond, is **GRANTED** for the reasons set forth therein and by default pursuant to N.D. Fla. Loc. R. 7.1(H).

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of March 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**